ORIGINAL

1  JAN EDWARD RONIS
   ATTORNEY AT LAW
2  *California State Bar No.* 51450
   105 West "F" Street, Third Floor
3  San Diego, California 92101-6036
   Telephone: (619) 236-8344
4

5  Attorney for Defendant
   VINCENT SUETOS
6



7

8              UNITED STATES DISTRICT COURT

9             SOUTHERN DISTRICT OF CALIFORNIA

10            (HONORABLE LARRY A. BURNS, JUDGE)

11 | UNITED STATES OF AMERICA,    )   Criminal Case No. 06cr0511 LAB
                                  )
12 |             Plaintiff,       )   STIPULATION TO CONTINUE
                                  )   SENTENCING AND
13 |      v.                      )   ORDER THEREON
                                  )
14 | VINCENT PERRY SUETOS,        )
                                  )
15 |             Defendant.       )
                                  )
16 |_____ )

17       IT IS HEREBY STIPULATED and agreed, by and between the defendant, VINCENT

18 PERRY SUETOS, by and through his attorney, Jan E. Ronis, and the plaintiff,

19 UNITED STATES OF AMERICA, through its counsel, Carol C. Lam, United States Attorney,

20 and SHERRI WALKER HOBSON, Assistant United States Attorney, to continue the sentencing

21 date of defendant Vincent Perry Suetos in the above-entitled case before the Honorable Larry

22 A. Burns, United States District Court Judge, from Monday, September 11, 2006 at 9:30 a.m.

23 to Monday, December 11, 2006 at 9:30 a.m.

24       The reason for this request is based on the following good cause:   The defense needs

25 additional time to prepare for sentencing.

26

27

28

                                    1                             06CR0511 LAB

Stipulation Re: Continuance of Sentencing Hearing and Order Thereon
*U.S.A. v* Suetos, Case No. 06cr0511
=====================================================================

The parties hereby stipulate and agree to the foregoing:

**SO STIPULATED AND AGREED.**

Dated: 8/25/06

_____
JAN EDWARD RONIS
Attorney for Defendant Suetos

Dated: 8/31/06

UNITED STATES OF AMERICA

_____
SHERRI WALKER HOBSON
Assistant United States Attorney

# ORDER

IT IS HEREBY ORDERED, based upon the foregoing stipulation and good cause shown, that the sentencing date of defendant VINCENT PERRY SUETOS in the above-entitled case be and is hereby continued from Monday, September 11, 2006 at 9:00 a.m. to Monday, December 11, 2006 at 9:30 a.m.

**SO ORDERED.**

Dated: 8-31-06

_____
HONORABLE LARRY A. BURNS
United States District Court Judge