ORIGINAL

JAN EDWARD RONIS
ATTORNEY AT LAW
*California State Bar No. 51450*
105 West "F" Street, Third Floor
San Diego, California 92101-6036
Telephone: (619) 236-8344

FILED

2006 SEP 14 AM 8: 35

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____DEPUTY

Attorney for Defendant
VINCENT SUETOS

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA
(HONORABLE LARRY A. BURNS, JUDGE)

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 06cr0511 LAB |
| Plaintiff, | STIPULATION RE: MODIFICATION OF PRETRIAL TRAVEL RESTRICTIONS AND ORDER THEREON |
| v. | |
| VINCENT PERRY SUETOS, | |
| Defendant. | |

IT IS HEREBY STIPULATED and agreed, by and between the defendant, VINCENT PERRY SUETOS, through his counsel, Jan Edward Ronis, and the plaintiff, UNITED STATES OF AMERICA, through its counsel, Sherri Walker Hobson, Assistant United States Attorney, that defendant VINCENT PERRY SUETOS bond travel restrictions be modified allowing his to travel from his residence in San Diego, California to Lake Tahoe on Friday, September 15, 2006 and returning Monday, September 18, 2006.

Defendant needs to travel to Lake Tahoe to attend a wedding. Defendant Suetos will reside at Lakeland Village while in Lake Tahoe.

The defendant is in compliance with all conditions of pre-trial release. Pretrial services officer has no objection to this request. Defendant will report to his pretrial services officer before he leaves and upon his return he must report in person for testing on September 19, 2006.

The parties hereby stipulate and agree as follows:

SO STIPULATED AND AGREED.

Dated: 9/08/06        LAW OFFICES OF RONIS & RONIS

_____
JAN EDWARD RONIS
Attorney for Defendant Suetos

Dated: 9/11/06        UNITED STATES OF AMERICA

_____
SHERRI WALKER HOBSON
Assistant United States Attorney

**ORDER**

IT IS HEREBY ORDERED, based upon the foregoing stipulation, that defendant VINCENT PERRY SUETOS' bond travel restrictions be modified allowing him to travel from his residence in San Diego, California to Lake Tahoe on Friday, September 15, 2006 and returning Monday, September 18, 2006. Defendant will report to his pretrial services officer before he leaves and upon his return he must report in person for testing on September 19, 2006.

SO ORDERED.
Dated: 9-12-06

_____
LARRY A. BURNS
United States District Court Judge

09/11/2006 21:32   6192368820          RONIS RONIS                    PAGE 02/03
                                                                      ☒002

**U. S. PRETRIAL SERVICES**

# Memorandum

**DATE:** September 13, 2006

**FROM:** Charlene Delgado
United States Pretrial Services Officer

**SUBJECT:** Modification of Conditions of Release
Mr. Vincent Suetos: 06CR0511LAB

**TO:** The Honorable Larry A. Burns
United States District Judge

On February 27, 2006, the above-mentioned individual appeared before U.S. Cathy Ann Bencivengo, where he was charged with Conspiracy to Manufacture Marijuana (888 Marijuana plants.) At that time, bond was set at $45,000 cash or corporate surety bond. The following conditions were also set: travel restricted to the Southern District of California; Pretrial Services supervision; not possess or use any narcotic drug or other controlled substance without a lawful medical prescription; not possess any firearm or other dangerous weapon or explosive device, and actively seek and maintain full-time employment and/or schooling. The defendant was released on March 2, 2006, and his next court date is for sentencing on December 11, 2006, at 9:30 a.m. On April 6, 2006, your Honor agreed with our request for drug testing and Mr. Suetos is testing regularly.

Our office was notified by the Law Office of Jan Ronis regarding a request on the behalf of Mr. Suetos to travel to Lake Tahoe for the purpose of attending a wedding from September 15 to September 18, 2006. In light of his past compliance with his conditions of release, we do not oppose this request. If your Honor has any question, feel free to contact me at (619) 557-2992.

ATTN.:   REBECCA

September 12, 2006

To Whom It May Concern:

I am the person responsible for Vincent Perry Suetos' bail. I have my home as collateral for $45,000.00.

I would like Vincent to accompany me to Lake Tahoe on September 15, 2006 through September 18, 2006.

Vincent will be in my care and supervision at all times during this family event.

Thank You,

*Ida J. Enger*

Ida J. Enger
(Vincent's Mother)
760-377-6211
760 Tamara Dr.
Escondido, CA  92026