AO 245B (Rev. 9/00) Judgment in a Criminal Case
Sheet 1

FILED

07 FEB -9 AM 8:19

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
v.
VINCENT PERRY SUETOS (2)

JUDGMENT IN A CRIMINAL CASE
(For Offenses Committed On or After November 1, 1987)

Case Number: 06CR00511-LAB

JAN E. RONIS, RETAINED
Defendant's Attorney

REGISTRATION NO. 95267198

☐

THE DEFENDANT:
☒ pleaded guilty to count(s) ONE AND TWO OF THE SUPERSEDING INFORMATION

☐ was found guilty on count(s) _____
after a plea of not guilty.
Accordingly, the defendant is adjudged guilty of such count(s), which involve the following offense(s):

| Title & Section | Nature of Offense | Count Number(s) |
|---|---|---|
| 21 USC 841(a)(1) and 21 USC 853 | Manufacturing Marijuana Plants and Criminal Forfeiture | S1 |
| 18 USC 1956(a)(1) and (h) | Conspiracy To Launder Money | S2 |

The defendant is sentenced as provided in pages 2 through 5 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____
☒ Count(s) The underlying indictment is ☒ are ☐ dismissed on the motion of the United States.

☒ Assessment: $100.00 as to each count for a total of $200.00

☒ Fine waived    ☒ Property forfeited pursuant to order filed 8/30/06, included herein.

IT IS ORDERED that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

FEBRUARY 5, 2007
Date of Imposition of Sentence

*/s/ Larry A. Burns/*

HON. LARRY ALAN BURNS
UNITED STATES DISTRICT JUDGE

Entered Date:

06CR00511-LAB

DEFENDANT: VINCENT PERRY SUETOS (2)
CASE NUMBER: 06CR00511-LAB

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of

18 MONTHS AS TO EACH COUNT, CONCURRENT

[x] The court makes the following recommendations to the Bureau of Prisons:

The defendant shall be placed in a Federal Prison Camp.

[ ] The defendant is remanded to the custody of the United States Marshal.

[x] The defendant shall surrender to the United States Marshal for this district:

[x] at 9:30   [x] a.m.   [ ] p.m.   on March 6, 2007 .

as notified by the United States Marshal.

[ ] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

[x] before _____

[ ] as notified by the United States Marshal.

[ ] as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

DEFENDANT: VINCENT PERRY SUETOS (2)
CASE NUMBER: 06CR00511-LAB

# SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of:

5 YEARS AS TO EACH COUNT, CONCURRENT

## MANDATORY CONDITIONS

The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not illegally possess a controlled substance.

The defendant shall cooperate as directed in the collection of a DNA sample, pursuant to 18 USC 3583(d).

*For offenses committed on or after September 13, 1994:*

The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter. Testing requirements will not exceed submission of more than ___4___ drug tests per month during the term of supervision, unless otherwise ordered by court.

☐ The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse.

The defendant shall not possess a firearm, destructive device, or any other dangerous weapon.

If this judgment imposes a fine or a restitution obligation, it shall be a condition of supervised release that the defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervised release in accordance with the Schedule of Payments set forth in this judgment.

The defendant shall comply with the standard conditions that have been adopted by this court. The defendant shall also comply with any special conditions imposed.

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;

2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;

3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4) the defendant shall support his or her dependents and meet other family responsibilities;

5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;

6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;

7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;

8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;

10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;

11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;

13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

DEFENDANT: VINCENT PERRY SUETOS (2)
CASE NUMBER: 06CR00511-LAB

# SPECIAL CONDITIONS OF SUPERVISION

- [x] Not possess any firearm, explosive device or other dangerous weapon.
- [x] Submit to a search of person, property, residence, abode or vehicle, at a reasonable time and in a reasonable manner, by the probation officer.
- [ ] The defendant shall violate no laws, federal, state and local, minor traffic excepted.
- [ ] If deported, excluded, or allowed to voluntarily return to country of origin, not reenter the United States illegally and report to the probation officer within 24 hours of any reentry to the United States; supervision waived upon deportation, exclusion, or voluntary departure.
- [ ] Not transport, harbor, or assist undocumented aliens.
- [ ] Not associate with undocumented aliens or alien smugglers.
- [ ] Not reenter the United States illegally.
- [ ] Not enter the Republic of Mexico without written permission of the Court or probation officer.
- [x] Report all vehicles owned or operated, or in which you have an interest, to the probation officer.
- [ ] Not possess any narcotic drug or controlled substance without a lawful medical prescription.
- [ ] Not associate with known users of, smugglers of, or dealers in narcotics, controlled substances, or dangerous drugs in any form.
- [ ] Participate in a program of mental health treatment as directed by the probation officer, take all medications as prescribed by a psychiatrist/physician, and not discontinue any medication without permission. The Court authorizes the release of the presentence report and available psychological evaluations to the mental health provider, as approved by the probation officer. The defendant may be required to contribute to the costs of services rendered in an amount to be determined by the probation officer, based on the defendant's ability to pay.
- [ ] Take no medication containing a controlled substance without valid medical prescription, and provide proof of prescription to the probation officer, if directed.
- [ ] Participate in a mental health treatment program as directed by the probation office.
- [x] Provide complete disclosure of personal and business financial records to the probation officer as requested.
- [x] Be prohibited from opening checking accounts or incurring new credit charges or opening additional lines of credit without approval of the probation officer.
- [ ] Seek and maintain full time employment and/or schooling or a combination of both.
- [ ] Resolve all outstanding warrants within _____ days.
- [ ] Complete _____ hours of community service in a program approved by the probation officer within
- [ ] Reside in a Residential Reentry Center (RRC) as directed by the probation officer for a period of
- [x] Reside in a Residential Reentry Center (RRC) as directed by the Bureau of Prisons for a period of 6 MONTHS commencing upon release from imprisonment.
- [ ] Remain in your place of residence for a period of _____, except while working at verifiable employment, attending religious services or undergoing medical treatment.
- [ ] Not engage in any form of telemarketing, as defined in 18 USC 2325, without the written permission of the probation officer.
- [ ] Comply with the conditions of the Home Confinement Program for a period of _____ months and remain at your residence except for activities or employment as approved by the court or probation officer. Wear an electronic monitoring device and follow procedures specified by the probation officer. Pay the total cost of electronic monitoring services, or a portion if deemed appropriate by the probation officer.
- [x] Participate in a program of drug or alcohol abuse treatment, including urinalysis testing and counseling, as directed by the probation officer.

DEFENDANT: VINCENT PERRY SUETOS (2)
CASE NUMBER: 06CR511-LAB

# RESTITUTION

The defendant shall pay restitution in the amount of __$28,200.00__ unto the United States of America.

This sum shall be paid ___ immediately.
             **x** as follows:

Pay restitution in the amount of $28,200.00 through the Clerk, U.S. District Court, to the following victim, SDG&E, 8326 Century Park Court, Ste. CP61D, San Diego, CA 92123, Attn: Kevin Williams. The defendant shall make payments at the rate of $100.00 per month while residing at the Residential Reentry Center. Upon release from the Residential Reentry Center the defendant shall make payments at the rate of $200.00 per month. Restitution should be made jointly and severally with codefendant Bardia Rahimzadeh.

The Court has determined that the defendant __does not__ have the ability to pay interest. It is ordered that:

**x** The interest requirement is waived.

___ The interest is modified as follows:

FILED
06 AUG 30 AM 8:43
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> VINCENT SUETOS (2), <br> Defendant. | Case No. 06cr0511-LAB <br><br> AMENDED ORDER OF <br> CRIMINAL FORFEITURE |

On June 5, 2006, this Court entered its Preliminary Order of Criminal Forfeiture, which condemned and forfeited to the United States all right, title and interest of VINCENT SUETOS (2) ("Defendant") in the properties listed in the Forfeiture Allegation of the Superseding Information, namely,

(a) One Residential Property Located at **568 Crestwood Drive, Oceanside, California**, and All Improvements and Appurtenances Affixed Thereto, more particularly described as:

ASSESSORS PARCEL NO. 146-351-04-00

Lot 9 of Vista Del Rio, in the City of Oceanside, County of San Diego, State of California, as shown on Map thereof No. 14252, file July 31, 2001, in the Office of the County Recorder;

(b) **$17,590.00** cash found at 999 North Pacific Street, Unit A-208, Oceanside, California;

(c) **$23,948.00** blank money orders found at 999 North Pacific Street, Unit A-208, Oceanside, California;

///

(d) **One 2004 Toyota Tacoma Pickup,** bearing California license plate 7M18039 and VIN 5TEGN92N74Z385365.

On June 23, 30 and July 7, 2006, the United States published, in a newspaper of general circulation, notice of the Court's Order and the United States' intent to dispose of the properties in such manner as the Attorney General may direct, pursuant to 21 U.S.C. § 853(n), and further notifying all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the properties.

On June 13, 2006, Notice of Order of Forfeiture was sent by certified mail as follows:

| Name and Address | Article No. | Result |
|---|---|---|
| World Savings, Inc.<br>c/o Shawn K. Sax<br>Agent for Service of Process<br>1901 Harrison Street<br>Oakland CA 94612 | 7004 2510 0003 3016 6262 | Signed for as received on or about 6/16/06 |
| Bardia Rahimzadeh<br>c/o Eugene G. Iredale<br>Attorney at Law<br>105 West F Street, 4th Floor<br>San Diego CA 92101 | 7004 2510 0003 3016 6279 | Signed for as received on 6/14/06 |

On or about June 26, 2006, World Savings Bank, F.S.B. (hereinafter, "World Savings") filed a Petition of Ancillary Hearing to Adjudicate Validity of Lien. World Savings' claim to the real property located at **568 Crestwood Drive, Oceanside, California** is based upon a promissory note secured by a trust deed. The United States has recognized the validity and priority of the interest of World Savings in said real property. The right of the United States to pay, at any time following the entry of the Amended Order of Criminal Forfeiture, the amount of the secured interest of World Savings in the real property is reserved.

Thirty (30) days have passed following the final date of notice by publication and notice by certified mail, and no third party has made a claim to or declared any interest in the forfeited properties described above except World Savings.

On or about August 21, 2006, the Drug Enforcement Administration completed administrative forfeiture proceedings against two of the assets listed above:

| | |
|---|---|
| 1 | (b)     **$17,590.00** cash found at 999 North Pacific Street, Unit A-208, Oceanside, California; and |
| 2 | |
| 3 | (c)     **$23,948.00** blank money orders found at 999 North Pacific Street, Unit A-208, Oceanside, California. |
| 4 | Further, the Internal Revenue Service has completed administrative forfeiture proceedings against: |
| 5 | (d)     **One 2004 Toyota Tacoma Pickup,** bearing California license plate 7M18039 and VIN 5TEGN92N74Z385365. |

Accordingly, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that, as a result of the failure of any third party to come forward or file a petition for relief from forfeiture as provided by law, all right, title and interest of VINCENT SUETOS (2) and any and all third parties in the following properties, except World Savings, are hereby condemned, forfeited and vested in the United States of America:

(a)     One Residential Property Located at **568 Crestwood Drive, Oceanside, California,** and All Improvements and Appurtenances Affixed Thereto, more particularly described as:

**ASSESSORS PARCEL NO. 146-351-04-00**

**Lot 9 of Vista Del Rio, in the City of Oceanside, County of San Diego, State of California, as shown on Map thereof No. 14252, file July 31, 2001, in the Office of the County Recorder;** and

IT IS FURTHER ORDERED that costs incurred by the United States Marshals Service and any other governmental agencies which were incident to the seizure, custody and storage of the above real property be the first charge against the forfeited property; and

IT IS FURTHER ORDERED that the United States Marshals Service shall forthwith dispose of **568 Crestwood Drive, Oceanside, California** in accordance with the law; and

///

///

///

1     IT IS FURTHER ORDERED that the Clerk is directed to send copies of this Order to
2 all counsel of record and the United States Marshals Service.

4     DATED:

/S/

LARRY A. BURNS, Judge
United States District Court

20 Submitted by:

21 CAROL C. LAM
United States Attorney

SHERRI WALKER HOBSON
24 Assistant U. S. Attorney

27 Amended Order of Criminal Forfeiture
United States v. VINCENT SUETOS (2)
28 Case No. 06cr0511-LAB

4     06cr0511